**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name: WAYLAN GRAVES<br><br>Is there already a charging document filed for this defendant for this case in this district?<br><br>☐ Yes  ☒ No      If yes:  Select Charging Doc Type<br><br>If yes, please enter the cause number below:<br><br>   CR Enter CR Cause Number here.   or   MJ Enter MJ Cause Number here.<br><br>Has the Defendant had an initial appearance in this case in this district?  ☐ Yes  ☒ No |
| **Defendant Location** | ☐ At the FDC under the cause number indicated above.<br><br>☐ At the FDC under a different cause number: Enter different cause number here.<br><br>☐ In custody under this cause number in another District: Enter other District here.<br><br>☐ In custody (different cause number) in another District: Enter other info here.<br><br>☒ In local custody: Lewis County Jail, Chehalis, WA 98532<br><br>☐ In the community on supervision under cause number: Enter cause number here.<br><br>☐ At large.<br><br>☐ Other: Click or tap here to enter text. |
| **Release** | ☐ Continue Conditions of release<br><br>☐ Continue Detention<br><br>☒ Not set; temporary detention; detention hearing scheduled for: TBD |
| **Arraignment** | ☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).<br><br>☐ Summons to be issued for: Click or tap to enter a date.<br>   ☐ Defendant Address: Click or tap here to enter text.<br><br>☐ Letter to defense counsel for appearance on: Click or tap to enter a date.<br>   ☐ Defense Counsel name and address: Click or tap here to enter text. |
| **Trial** | Estimated trial length (days): 4 days |