The Honorable Theresa L. Fricke

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WAYLAN GRAVES,<br><br>Defendant. | NO. CR23-5287DGE<br><br>MOTION FOR DETENTION ORDER |

The United States moves for detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case</u>.  This case is eligible for a detention order because this case involves (check all that apply):

    ___   Crime of violence (18 U.S.C. § 3156)

    ___   Crime of Terrorism (18 U.S.C. § 2332b(g)(5)(B)) with a maximum sentence of ten years or more

    ___   Crime with a maximum sentence of life imprisonment or death

     X    Drug offense with a maximum sentence of ten years or more

Motion for Detention- 1
*United States v. Graves*, CR23-5287DGE

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

|   |   | |
|---|---|---|
| 1 | ___ | Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed |
| 2 | ___ | Felony offense involving a minor victim other than a crime of violence |
| 3 | _X_ | Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon |
| 4 | ___ | Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250) |
| 5 | _X_ | Serious risk the defendant will flee |
| 6 | ___ | Serious risk of obstruction of justice, including intimidation of a prospective witness or juror |
| 7 | ___ | Probable cause to believe the defendant has been found guilty of an offense and is awaiting imposition of a sentence under 18 U.S.C. § 3143(a) and Federal Rule of Criminal Procedure 32.1(a)(6). |

2. <u>Reason for Detention</u>.  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    _X_    Defendant's appearance as required

    _X_    Safety of any other person and the community

3. <u>Rebuttable Presumption</u>.  The United States will invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because:

    ___    Probable cause to believe defendant committed offense within five years of release following conviction for a "qualifying offense" committed while on pretrial release

    _X_    Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more

Motion for Detention- 2
*United States v. Graves*, CR23-5287DGE

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

| | | |
|---|---|---|
| 1 | _X_ | Probable cause to believe defendant committed a violation of one of the following offenses:  18 U.S.C.§§ 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism) |
| 4 | ___ | Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425 |
| 8 | ___ | Probable cause to believe the defendant has been found guilty of an offense and is awaiting imposition of a sentence under 18 U.S.C. § 3143(a) and Federal Rule of Criminal Procedure 32.1(a)(6). |

4. <u>Time for Detention Hearing</u>.  The United States requests the Court conduct the detention hearing:

    _X_   At the initial appearance

    ___   After continuance of ___ days (not more than 3)

DATED this 12th day of October, 2023.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

_s/Casey S. Conzatti_
CASEY S. CONZATTI
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5200
Seattle, Washington 98201
Telephone: 206-553-4254
Email: casey.conzatti@usdjo.gov

Motion for Detention- 3
*United States v. Graves*, CR23-5287DGE

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800