The Honorable David G. Estudillo

1

2

3

4

5

6

7 UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
8 AT TACOMA

9

10 UNITED STATES OF AMERICA,                     NO. CR23-5287DGE

11

12
                                 Plaintiff,
13                                               GOVERNMENT'S NOTICE OF
    v.                                           APPEARANCE OF COUNSEL
14
    WAYLAN GRAVES,
15

16
                                 Defendant.
17

18       Stephen Hobbs, Assistant United States Attorney for the Western District of

19 Washington, hereby appears as co-counsel for the United States of America in the above-

20 referenced matter.

21 //

22 //

23 //

24

25

26

27

Notice of Appearance- 1
*United States v. Waylan Graves*, CR23-5287DGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Stephen Hobbs is now co-counsel of record for this case on behalf of the United

States.  Undersigned counsel respectfully requests that all pleadings, court documents, and

correspondence be forwarded to the below-listed AUSA:

>Stephen Hobbs
>United States Attorney's Office
>700 Stewart Street, Suite 5220
>Seattle, Washington 98101-1271
>Phone: (206) 553-4301
>Email: stephen.p.hobbs@usdoj.gov

DATED this 13th day of October, 2023.

>Respectfully submitted,
>
>TESSA M. GORMAN
>Acting United States Attorney
>
>
>*s/ Stephen Hobbs*
>STEPHEN HOBBS
>Assistant United States Attorney
>United States Attorney's Office
>700 Stewart, Suite 5220
>Seattle, WA 98101-1271
>Telephone:  206-553-4301
>E-mail: stephen.p.hobbs@usdoj.gov

Notice of Appearance- 2
*United States v. Waylan Graves*, CR23-5287DGE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970