AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Western District of Washington

| | |
|---|---|
| United States of America<br>v.<br><br>**WAYLAN** GRAVES<br>*Defendant* | )<br>)<br>)  Case No.  **CR 23-5287 DGE**<br>)<br>)<br>)<br>) |

FILED ____ LODGED
____ RECEIVED

OCT 16 2023

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   WAYLAN GRAVES                                                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Counts 1 and 3: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A), (B), and (C) - Possession of Controlled Substances
Counts 2 and 4: 18 U.S.C. § 942(c)(1)(A)(i) - Carrying a Firearm During and in Relation to a Drug Trafficking Crime

Date:  10/11/2023                                                            _____
                                                                                          *Issuing officer's signature*

City and state:  Tacoma, Washington                              Andy Quach, Deputy Clerk
                                                                                         *Printed name and title*

---

### Return

This warrant was received on *(date)* 10/11/23 , and the person was arrested on *(date)* 10/12/23
at *(city and state)*  Chehalis WA                                                                                         .

Date:  10-12-23                                                             _____
                                                                                         *Arresting officer's signature*

                                                                                         Don Murray, Special Agent
                                                                                         *Printed name and title*