UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br>WAYLAN GRAVES,<br>Defendant | NO.  CR 23-5287 DGE<br><br>Speedy Trial Waiver |

I understand my trial is scheduled for December 11, 2023 and that I have a right to maintain this trial date and have a speedy trial as defined in 18 U.S.C. 3161(c)(1) which my attorney has explained to me. I consent to continue my trial to sometime on or before June 30, 2024. I do this because I need additional time to consult with my attorneys, review the large amount of evidence in this case, investigate the case, and help in the preparation of my defense. The discovery/evidence has not yet been produced to my attorney. I understand that some of it will be subject to a protective order, meaning I will have limitations on how/when I can review it. Reviewing this discovery with my attorneys will take considerable time. In sum, I do not feel ready for trial as currently scheduled.

*/s/ Waylan Graves*  10-30-23
WAYLAN GRAVES; DATE:

1

Speedy Trial Waiver

PHIL BRENNAN, Esq.
P.O. Box 20432
Seattle, WA 98102
(206) 372-5881