1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WAYLAN GRAVES,<br><br>Defendant. | Case No. CR23-5287-RSL<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |

9

10

11

12

13

14

15

16

17

        This matter comes before the Court on defendant's "Unopposed Motion to Continue Trial and Pretrial Motions Deadline" (Dkt. # 28). Having considered the facts set forth in the motion, and defendant's knowing and voluntary waiver (Dkt. # 29), the Court finds as follows:

18

19

20

21

22

        1.       The Court adopts the facts set forth in the unopposed motion. In particular, that defense counsel needs additional time to review voluminous discovery with his client. The Court accordingly finds that a failure to grant a continuance would deny counsel, and any potential future counsel, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

23

24

        2.       The Court finds that a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

25

26

27

28

        3.       The Court finds that the additional time requested between the current trial date of June 17, 2024, and the proposed trial date of September 9, 2024, is a reasonable period of delay. The Court finds that this additional time is necessary to provide defense counsel reasonable time

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL - 1

1    to prepare for trial, as defendant has requested more time to prepare for trial, to continue to

2    investigate the matter, to gather evidence material to the defense, and to consider possible

3    defenses. The additional time requested between the current trial date and the new trial date is

4    necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial,

5    considering all of the facts set forth above.

6         4.    The Court further finds that this continuance would serve the ends of justice, and

7    that these factors outweigh the best interests of the public and defendant in a speedier trial,

8    within the meaning of 18 U.S.C. § 3161(h)(7)(A).

9         5.    Defendant has signed a waiver indicating that he has been advised of his right to a

10   speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived

11   that right and consented to the continuation of his trial to a date up to and including October 31,

12   2024 (Dkt. # 29), which will permit his trial to start on September 9, 2024.

13        IT IS HEREBY ORDERED that the trial date shall be continued from June 17, 2024 to

14   September 9, 2024, and pretrial motions are to be filed no later than August 12, 2024;

15        IT IS FURTHER ORDERED that the period of time from the date of this Order, up to

16   and including the new trial date, shall be excludable time pursuant to the Speedy Trial Act, 18

17   U.S.C. § 3161, *et seq*. The period of delay attributable to this filing and granting of this motion

18   is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and

19   (h)(7)(B).

20        DATED this   29th   day of May, 2024.

21

22

23

24                                            _MM S Lasnik_
                                              Robert S. Lasnik
25                                            United States District Judge

26

27

28

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL - 2